IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM ADAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIFE INSURANCE COMPANY OF | : | |
| NORTH AMERICA, ET AL. | : | NO.  08-2683 |

## O R D E R

**AND NOW**, this 3rd day of August, 2009, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 16) and all documents filed with respect thereto, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.